USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 7 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INDICTMENT

- v. -

LARRY WHITE, 19 CRIM 277

Defendant. :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. On or about January 14, 2019, in the Southern District of New York, LARRY WHITE, the defendant, knowingly and maliciously did damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a vehicle used in interstate and foreign commerce and in activity affecting interstate and foreign commerce, to wit, WHITE set two vehicles on fire in Manhattan.

(Title 18, United States Code, Section 844(i).)

## COUNT TWO

The Grand Jury further charges:

2. On or about January 3, 2019, in the Southern District of New York, LARRY WHITE, the defendant, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in

JUDGE RAKOFF

commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and did aid and abet the same, to wit, WHITE participated in the robbery of a drug dealer in the vicinity of 111st Street and 2nd Avenue in Manhattan.

(Title 18, United States Code, Section 1951.)

### COUNT THREE

The Grand Jury further charges:

3. On or about January 3, 2019, in the Southern District of New York, LARRY WHITE, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, and aided and abetted the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i),(ii) and 2.)

### COUNT FOUR

The Grand Jury further charges:

4. On or about December 31, 2015, in the Southern District of New York, LARRY WHITE, the defendant, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in

2

commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and did aid and abet the same, to wit, WHITE participated in the robbery of a drug dealer in the vicinity of 169th Street and 3rd Avenue in the Bronx.

(Title 18, United States Code, Section 1951.)

## COUNT FIVE

The Grand Jury further charges:

5. On or about December 31, 2015, in the Southern District of New York, LARRY WHITE, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Four of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, and aided and abetted the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i),(ii) and 2.)

## COUNT SIX

The Grand Jury further charges:

6. Between in or about 2015 and in or about March 2019, in the Southern District of New York and elsewhere, LARRY WHITE, the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States

3

Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, WHITE and others conspired to commit robberies of drug dealers in Manhattan and the Bronx.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SEVEN

The Grand Jury further charges:

7. Between in on or about 2015 and in or about March 2019, in the Southern District of New York, on occasions other than the robberies charged in Counts Three and Five, LARRY WHITE, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count Six of this Indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed a firearm, and aided and abetted the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and 2.)

_____          _____
FOREPERSON                                GEOFFREY S. BERMAN
                                          United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**LARRY WHITE**

Defendant.

## INDICTMENT

19 Cr.

(18 U.S.C. §§ 844(i), 1951, 924(c)(1)(A)(i),(ii), and 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

_____
Foreperson.