**Benjamin Silverman**
Attorney-at-Law
276 Fifth Avenue, Suite 501
New York, New York 10001
bsilverman@bsilvermanlaw.com
Fax: 646-843-3938

Telephone 212-203-8074

August 1, 2019

**By Hand Delivery**
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/19
```

*United States v. Larry White,*
19 Cr. 277 (JSR)

Your Honor:

We write with the consent of the government respectfully to request that the Court sign the attached subpoena for Parole Officer Simone Antoine to appear to testify at the suppression hearing scheduled for August 13, 2019, at 2:00 pm. Officer Antoine spoke with NYPD officers the morning of Mr. White's arrest and may be an important defense impeachment witness. *See* Dkt. No. 13 ¶¶ 11-13.

We further respectfully request that the Court endorse this letter to authorize service of the subpoena on Officer Antoine's employer, the New York State Department of Corrections and Community Supervision ("DOCCS"), by fax. Based on counsel's experience, DOCCS will accept service by fax if ordered to do so by the Court.

We received permission from the Court's law clerk last week to submit a letter requesting issuance of a subpoena. Thank you for your consideration of this request.

SO ORDERED
/s/ Jed S. Rakoff
USDJ
8-2-19

Benjamin Silverman
Daniel Parker
Benjamin Silverman
(212) 203-8074
*Attorneys for Larry White*

Enclosure

cc: AUSAs Jacob Warren and Michael Longyear (by email)

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Larry White | ) Case No. 19 Cr. 277 (JSR) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Parole Officer Simone Antoine, c/o New York State Department of Corrections and Community Supervision, 1200 Washington Avenue, Albany, New York, 12226. FAX: 518.453.8474

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States Courthouse, 500 Pearl Street, New York NY 10007, Courtroom 14B | Courtroom No.: 14B |
|---|---|
| | Date and Time: 8/13/19 at 2:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
Your case file for parolee Larry White (NYSID # 10A4609; DIN # 10A4609).

(SEAL)

Date: 8/2/19

~~CLERK OF COURT~~

*Signature of Clerk or ~~Deputy Clerk~~*
USAJ

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Larry White _____ , who requests this subpoena, are:

Benjamin Silverman, Esq., 276 Fifth Avenue, Suite 501, New York, NY 10001. Tel: (212) 203-8074.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 19 Cr. 277 (JSR)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: