UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

          -v.-                    :

LARRY WHITE,                      :

          Defendant.              :
- - - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18 U.S.C. §§ 922(g)(1) and 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
                       Defendant

_____
                         Witness

_____
          Counsel for Defendant

Date:   New York, New York
        November 5, 2019