```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA             :
                                     :
                                     :    19-cr-277 (JSR)
         -v-                         :
                                     :         ORDER
LARRY WHITE                          :
                                     :
     Defendant.                      :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above captioned matter is assigned to C.J.A. Attorney on duty July 20, 2020, Thomas H. Nooter, for the limited purpose of attending the substitution of counsel hearing.

SO ORDERED

Dated:   New York, NY

         June 17, 2020

_____
United States District Judge