UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :            19-cr-277-01 (JSR)
        v.                           :
                                     :
LARRY WHITE,                         :            ORDER
                Defendant.           :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        Defendant Larry White has retained as counsel Robert A.

Walters.  Mr. Walters filed a Notice of Appearance on July 24,

2020.  Good cause appearing, it is hereby ORDERED that Benjamin

Silverman, Daniel Parker, and Thomas Nooter are relieved of the

representation of Mr. White.


        SO ORDERED.


Dated:    New York, NY
          July 27, 2020                    JED S. RAKOFF, U.S.D.J.

-1-