UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- x
UNITED STATES OF AMERICA,      :

                         :         19-cr-277 (JSR)

       v.                 :

                         :

LARRY WHITE,             :         ORDER
          Defendant.   :
--------------------------------- x

JED S. RAKOFF, U.S.D.J.

      The jury trial of this case is firmly fixed to begin October 13, 2020.

      As soon as this firm date was approved by the Board of Judges, the undersigned convened a joint conference with counsel for both sides to deal with any remaining problems.  On this call, defense counsel expressed the need to meet personally with his client, who currently resides in the MCC, to fully prepare for trial.  The Court suggested that defense counsel tell the Court the specific dates and times that he was available for such meetings, following which the Court would contact the Warden at the MCC to try to make such arrangements.  Defense counsel said he would get those dates and times to the Court by the evening of September 3.  He failed to do so.  Thereupon, the Court sent him an email reminding him of his promise and asking that, in any event, he get the dates and times to the Court by 3:00 pm on September 4, so that the Court could promptly begin the process of arranging these meetings before

the three-day weekend intervened.   Once again, counsel failed to respond, and it is now 6:00 p.m.

Nevertheless, because the Court does recognize the need for counsel to meet with his client to prepare for trial, and also because the Court has been apprised today that the MCC will be generally open for attorney visits beginning September 21, 2020, the Court orders the following:

(1) Defense counsel shall notify the Warden of the MCC of specific dates and times that he is available to meet with his client, Larry White, no later than one week in advance of the first requested meeting.

(2) Upon defense counsel's request, the Warden of the MCC or his designee shall make arrangements, in consultation with defense counsel, for defense counsel to meet with Mr. White for at least two hours on each of two occasions before September 21.

(3) After September 21, although the MCC will be generally available for visits by lawyers, Mr. White's counsel's requests to meet with his client for further preparation shall be given priority by the MCC.

(4) The Court directs counsel for the Government to serve this order forthwith on the general counsel for the MCC, and to file a letter on the docket of this case attesting to the fact of such service.

SO ORDERED.

Dated:   New York, NY

       September 4, 2020           JED S. RAKOFF, U.S.D.J.