United States District Court
Southern District of New York                    x
United States of America
   -against-                          Notice of Motion
Larry White                          SZ 19 Cr. 277(JSR)
              Defendant_____ x

         Please Take Notice, the defendant Larry
White will move before the Honorable Jed S. Rakoff
of the United States District Court for the Southern
District of New York at the United States Court
house located at 500 Pearl Street, New York, NY
10007, as soon as defendant can be heard, for an
Order granting the following relief :

1) Dismiss Indictment in connection with my
arrest on March 7 2019

2) All further relief as the Court deems just and
proper.
              Preliminary Statement

1) This issues arise because defendant (Larry
White) was subject to an illegal arrest on March
7, 2019. The United States Attorney's office stated
that Mr. White was arrested pursuant to a parole
revocation warrant, but paperwork attached to
this Declaration indicates that the parole warrant

was not issued until approximately five hours after Mr. White was taken into custody. Because the arrest was illegal, this Indictment must be Dismiss.

## 1.
### The Illegal Arrest

2) Mr. White was arrested at approximately 7:40 an on March 7, 2019, in front of 1750 Sedgwick Avenue in the Bronx. The arrest report attached hereto as Exhibit A indicates that the seized evidence included a Jeep Cherokee, and a quantity of marijuana.

3) The Government state that Mr White was arrested pursuant to a New York state parole revocation warrant, but the warrant was not issued until approximately five hours after Mr. White was taken into custody.

4) Attached hereto as Exhibit B is a Parole Chronological Report (the "Report") produced by the New York State Department of Corrections and Community Supervision ("DOCCS") to the attorney representing Mr. White in his parole revocation case. The Report - which consists of a time-stamped log maintained by Mr. White's supervising parole officer - reveals that Mr. White's supervising parole officer learned at approximately 11:00 am on March 7, 2019 that Mr. White was in the custody of Detective Nick

Geroulakis, an NYPD officer on a Homeland Security taskforce.

5) Approximately 25 minutes later, the parole officer entered into the Report another phone call in which Detective Geroulakis stated that Mr. White "was being watched under surveillance for some time now" and that "based on" an investigation into robberies, Mr. White was "taken into custody." Approximately one hour after that, at 12:31 p.m. on March 7, a "New Arrest Warrant" was issued by DOCCS. Ex A at 2.

6) The arrest warrant was faxed to Detective Geroulakis at 1:10 pm, approximately five-and one half hours after Mr. White was apprehended. Id. Because that arrest warrant was not created until after Mr. White's arrest, it cannot be relied upon to provide lawful basis for the arrest.

7) In the absence of an arrest warrant existing at the time of the arrest, the government has not stated any lawful justification for Mr. White's arrest. As a result, THE ILLEGAL ARREST - must be dismiss - First rule 4(c)(3)(A) the defendant be shown the warrant at or soon after an arrest. Busby v. U.S 296 F 2d 328 (9 Cir. 1961)

## Conclusion

8) For the foregoing reasons. Mr. White respectfully moves the Court to dismiss (1) The indictment and (2) all "fruits" from illegal arrest.

Date  9/23/20

Respectfully Submitted,
by Larry White
Larry White

Represented by
Robert "Bob" Walters.

# Exhibit A

**Lerman, Kevin**

| | |
|---|---|
| **From:** | Moore, Tatanisha (DOCCS) <Tatanisha.Moore@doccs.ny.gov> |
| **Sent:** | Tuesday, April 16, 2019 9:21 AM |
| **To:** | Lerman, Kevin |
| **Cc:** | Felmine, Beverly (DOCCS) |
| **Subject:** | Emailing: ATT00002 |

| | |
|---|---|
| *RECORD STATUS: NYSID ENTERED* | Arrest ID: B19610354 - R |
| Arrest Location: **FRONT OF 1750 SEDGWICK AVENUE** | Pct: 046 |

**Arrest Date: 03-07-2019**   Processing Type: ON LINE   Current Location of Perpetrator:

**Time: 07:40:00**   DCJS Fax Number: BO008032   Borough: Bronx

Sector: E   Special Event Code: NO -   Type: ALL PD LOCATIONS

Strip Search Conducted: NO   DAT Number: 0   Location: 044 PRECINCT

Viper Initiated Arrest: NO

Stop And Frisk: NO   Return Date: 0000-00-00

Serial #: 0000-000-00000

**ARREST DATA - COMPLAINT NOT REQUIRED**

Jurisdiction: NYPD   *NYC School Safety Data:*  *NYC Transit Data:*

Premises: STREET   On School Property:   Station:

Location Within: CAR   School Type:   Line #:

Occur.Date/Time: 2019-03-07 - 07:40   School Num:   Location:

*NYC Housing Development:*   School Name:

Offense Location: FRONT OF 1750 SEDGWICK AVENUE   Borough: BRONX

| CHARGES: | | | | | | Arrest #: B19610354 |

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 221.10 | M | B | 1 | CRIM POSSESSION MARIHUANA-5TH |
| #02 | No | FOA900.00 29 | | | 1 | NYS PAROLE |

1

| How Arrest came about: | | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 | |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: | IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |
| Role: Supv In Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: | |

| DETAILS: | Arrest #: B19610354 |
|---|---|

AT T/P/O DEFENDANT WAS ARRESTED ON A NYS PAROLE VIOLATION WARRANT. AT THE TIME OF HIS ARREST THE DEFENDANT WAS IN POSSESSION OF A 2012 GRAY, JEEP GRAND CHEROKEE, PA REGISTRATION JZD-8460. SEARCH INCIDENTAL TO ARREST FOUND THE DEFT TO ALSO BE IN POSSESSION OF A QUANTITY OF MARIJUANA THAT FIELD TESTED POSITIVE BY A/O.

| DEFENDANT: WHITE, LARRY | NYSID #: 01472859N | Arrest #: B19610354 |
|---|---|---|

Nick/AKA/Maiden: LO
Sex: MALE
Race: BLACK
Age: 32
Date Of Birth: 02/13/1987
U.S. Citizen: YES
Place Of Birth: NEW YORK
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO
Identification ID: None
Identification #:
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE

Height: 5FT 11IN
Weight: 175
Eye Color: BROWN
Hair Color: BLACK
Hair Length: BALD
Hair Style: BALD
Skin Tone: DARK
Complexion: CLEAR
Soc.Security #: 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
Occupation: NONE
Lic/Permit Type:
Lic/Permit No:

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can be identified: NO

Gang/Crew Affiliation: YES
Name: BLOODS / 9-TREY
Identifiers: BEADS

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 2451 8 AVENUE | MANHATTAN | NEW YORK | | 4B | 032 |

Phone # and E-Mail Address: CELL: 917-667-6539
IMEI - 358370064900751
Cell Phone #: 9176676539
Carrier: ATT-CINGULAR
Other:
Make: APPLE
Model: 6
Insured: NO

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty: NO
Development:   N.Y.C. Transit Employee: NO

Physical Force: USED

Gun:
Weapon Used/Possessed: NONE     Make:     Recovered:
Non-Firearm Weapon:     Color:     Serial Number Defaced:

2

| Other Weapon Description: | | Caliber: | Serial Number: |
|---|---|---|---|
| | | Type: | |
| | | Discharged: NO | |

| Used Transit System: NO | |
|---|---|
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | YELLED "YO MY PHONE TO A FEMALE THAT LISTED CELL PHONE WAS RECOVERED F |
| METHOD OF FLIGHT | NONE |
| MODUS OPERANDI | FOLLOWED VICTIM ALONG STREET |
| MODUS OPERANDI | ROBBERY |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | HEADGEAR - BASEBALL HAT - MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR - SNORKEL, SKI, HOODED JACKET - BLACK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | LIPS |
| CHARACTERISTICS | SIDEBURNS |
| CHARACTERISTICS | BALD |
| CHARACTERISTICS | BEARDED |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | ARM -TATTOO(CAN NOT DESCRIBE) |
| BODY MARKS | ARM -TATTOO(CAN NOT DESCRIBE) |
| IMPERSONATION | UNKNOWN |

| JUVENILE DATA: | | Arrest #: B19610354 |
|---|---|---|
| | Relative Notified:   Personal Recog: | |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

| ASSOCIATED ARRESTS: | Arrest #: B19610354 |
|---|---|
| ARREST ID  COMPLAINT # | |

| VEHICLE: # 1 of 1 | VIN: 1C4RJFAG6CC353297 | Arrest #: B19610354 |
|---|---|---|
| Vehicle Was:  USED IN A CRIME | Vehicle Stolen/Attempted Stolen From: | Invoice #: |

## Vehicle

| | | | |
|---|---|---|---|
| Plate(s): | | | Recovered Prior To Alarm: |
| Number of Plates: 1 | Year: 2012 | | Alarm #: |
| License Plate #: JZD8460 | Make: JEEP | | Precinct: 000 |
| State: PA | Model: GRAND CHEROKEE | | Date: |
| Expires: 2021 | Style: CARRY-ALL (E.G. BLAZER, JEEP) | | Time: |
| Type: | Color: GRAY | | Transmitted By: |
| | | | |
| Ins. Code: | | | |
| Policy #: | | | |

| Vehicle Condition: | Held For Forfeiture: |
|---|---|

## DEFENDANTS CALLS:

Arrest #: B19610354

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | 917-383-7731 | MOM,MOM | UNK | MOTHER | YES |
| 2 | 201-674-1397 | L,L | UNK | BROTHER | YES |

## INVOICES:

Arrest #: B19610354

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| 2000850827 | 044 | MARIJUANA/HASHISH | |
| 2000850829 | 044 | CURRENCY - US | |

## ARREST RULES:

Arrest #: B19610354

ARREST PROCESSING TYPE : O
OFFENCE DATE : 03/07/2019
AGE AT TIME OF OCCURRENCE : 32
AGE BAND : B_RTA_2018
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

## ARRESTING OFFICER: DT3 JAMES J GRZELAK

Arrest #: B19610354

| | | |
|---|---|---|
| Tax Number: 948573 | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): 948573 | In Uniform: NO | Type: |
| Shield: 4924 | Squad: SM | Reason: |
| Department: NYPD | Chart: 97 | Officer Injured: NO |
| Command: 539 | Primary Assignment: INVESTIGATIVE | Officer Body Worn Camera: NO |
| | | TRI Number: 0000-000-00000 Suffix: 0 |

4

| Arresting Officer Name:<br>DT3 GRZELAK, JAMES J | Tax #:<br>948573 | Command:<br>539 | Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving:<br>SDS TYSDAL KENNETH | Tax #:<br>915998 | Command:<br>539 | Agency:<br>NYPD |
| Report Entered by:<br>DT2 SICILIANO, GRE | Tax #:<br>928874 | Command:<br>539 | Agency:<br>NYPD |

| END OF ARREST REPORT<br>B19610354 |
|---|

# Carmen Gonzalez

Investigator/Parole Officer-HIDTA/CS Operations Center

**Department of Corrections and Community Supervision**

250 Vesey Street

New York City, NY 10281

212-239-6159 | carmen.gonzalez@doccs.ny.gov

www.doccs.ny.gov

# Exhibit B

```
CMSCHRON* * *          NEW YORK STATE - DOCCS         * * *      DATE: 04/10/2019
                       COMMUNITY SUPERVISION                     PAGE:     1
                       PAROLEE CHRONO REPORT
                     FROM 01/07/2019 THRU 03/08/2019

  NAME: WHITE,LARRY                              AREA: BROOKLYN III
  NYSID: 01472859N                           SPO NAME: LUCAS,LACHONDA
  DIN: 10A4609                                 PO NAME: DANDRIDGE,SHANAVIA

DATE      TIME    TYPE                      ACTIVITY           LOCATION

ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
03/07/2019 05:40PM TELEPHONE FROM OTHER        LAW ENFORCEMENT
PO RECEIVED A PHONE CALL FROM DET GRZELAK PH# ████████████ F/U REGARDING THE
TEXT THAT WAS SENT TO HIM. DET GREZLAK REPORTED THAT PO CAN MEET WITH HIM TOMOR
ROW, 3/8/19 AT 1PM AT HIS OFFICE LOCATED AT 601 WEST 26TH STREET, 3RD FL TO VIE
W THE SURVEILLANCE VIDEO AND AUDIO TAPPING REGARDING P.
SPO REVIEW: 03/18/2019
------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
03/07/2019 04:34PM LETTER TO OTHER
PO TEXTED DET GRZELAK PH# ██████████ TO INFORM HIM THAT IS IT IMPERATIVE THAT
PO MEET WITH HIM TODAY OR TOMORROW, 3/8/19 BEFORE 12NOON TO VIEW THE SURVEILLAN
CE VIDEO AND LISTEN TO THE AUDIO TAPES REGARDING P. THE TEXT ALSO STATES THAT T
HE WARRANT WILL BE LIFTED IF PO IS UNABLE TO MEET TO VERIFY P IN THE VIDEO.
SPO REVIEW: 03/18/2019
------------------------------------------------------------------------------
ENTERED BY: GONZALEZ,CARMEN
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
03/07/2019 03:18PM COMMAND CTR CALL FROM 24/    FIELD ALERT!
                                                LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
03/07/2019 01:12PM TELEPHONE FROM OTHER        LAW ENFORCEMENT
DET GRZELAK CONFIRMED THAT HE RECEIVED FAXED WARRANT. DET GRZELAK REPORTED THAT
HE WILL EMAIL COMPLAINT REPORT AND OTHER INFO HE HAS RELATING TO P'S CASE. DET
GRZELAK ALSO MENTIONED THAT HE IS AVAILABLE FOR ANY PAROLE HEARING OR TO ANSWER
ANY QUESTIONS THAT MAY ARISE REGARDING P.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
03/07/2019 01:10PM LETTER TO OTHER
WARRANT FAXED TO DET JAMES GRZELAK FAX# 718-590-5557.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: MEDINA,MIGUEL
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
03/07/2019 12:31PM OTHER WORK            WARRANT ISSUED    AREA OFFICE
NEW ARREST WARRANT 0810167 ISSUED ON 03/07/2019
SPO REVIEW: NONE
------------------------------------------------------------------------------
```

```
CMSCHRON* * *          NEW YORK STATE - DOCCS          * * *       DATE: 04/10/2019
                      COMMUNITY SUPERVISION                        PAGE:    2
                      PAROLEE CHRONO REPORT
                   FROM 01/07/2019 THRU 03/08/2019
```

```
NAME: WHITE,LARRY                              AREA: BROOKLYN III
NYSID: 01472859N                          SPO NAME: LUCAS,LACHONDA
 DIN: 10A4609                              PO NAME: DANDRIDGE,SHANAVIA
```

DATE      TIME      TYPE                        ACTIVITY       LOCATION
--------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II      SPO NAME: PAREDES,CLAUDIO      PO NAME: ANTOINE,SIMONE
03/07/2019 11:35AM LETTER FROM OTHER          LAW ENFORCEMENT
PO RECEIVED A TEXT FROM DET GEROULAKIS STATING THAT DET JAMES GRZELAK WILL BE H
ANDLING P'S CASE. DET GRZELAK PH# IS ~~████████~~ AND HIS EMAIL ADDRESS IS JAME
S.GRZELAK@NYPD.ORG.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II      SPO NAME: PAREDES,CLAUDIO      PO NAME: ANTOINE,SIMONE
03/07/2019 11:25AM TELEPHONE TO OTHER          LAW ENFORCEMENT
PO SPOKE WITH DET NICK GEROULAKIS ON SPEAKER PHONE WITH SPO MEDINA PRESENT REGA
RDING P. PO AND SPO MEDINA WAS INFORMED THAT P WAS BEING WATCHED UNDER SURVEILL
ANCE FOR SOME TIME NOW IN SETTING UP ROBBERIES WITH FELLOWGANG MEMBERS. BASED
ON THE ABOVE P WAS TAKEN INTO CUSTODY AT 1750 SEDGWICK AVE, BRONX AND TAKEN TO
THE 44TH PRECINCT WHERE HE WOULD BE PROCESS FOR HIS PART IN MULTIPLE ROBBERIES.
SPO REVIEW: 03/07/2019
--------------------------------------------------------------------------------
ENTERED BY: MEDINA,MIGUEL
AREA: MANHATTAN II      SPO NAME: PAREDES,CLAUDIO      PO NAME: ANTOINE,SIMONE
03/07/2019 11:25AM SUPV STANDARDS CONFERENCE
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II      SPO NAME: PAREDES,CLAUDIO      PO NAME: ANTOINE,SIMONE
03/07/2019 11:01AM LETTER FROM OTHER          LAW ENFORCEMENT
PO RECEIVED A TEXT FROM DET NICK GEROULAKIS NYPD FROM THE HOMELAND SECURITY GAN
G TASKFORCE PH# ~~████████~~. THE TEXT STATES THAT P WAS CURRENTLY IN THEIR CUS
TODY AND REQUESTED A CALL RETURN.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: REID,KENEISHA
AREA: MANHATTAN II      SPO NAME: PAREDES,CLAUDIO      PO NAME: ANTOINE,SIMONE
REPORT TAKEN BY: REID,KENEISHA
02/28/2019 06:00PM PROGRAM VISIT W/OTHER
CONTACT ADDRESS: 150 EAST 121ST STREET,NEW YORK,10035
PO REID CONDUCTED A PROGRAM VISIT.  PO SPOKE WITH THE GROUP FACILITATOR WHO REP
ORTED P WAS PRESENT AND JUST LEFT.  PO WAS ALSO INFORMED THAT BECAUSE P HAS TO
MAKE UP TWO MORE GROUPS BEFORE HE GET HIS CERTIFICATE OF COMPLETION.
SPO REVIEW: NONE
--------------------------------------------------------------------------------
ENTERED BY: PAREDES,CLAUDIO W
AREA: MANHATTAN II      SPO NAME: PAREDES,CLAUDIO      PO NAME: ANTOINE,SIMONE
REPORT TAKEN BY: PAREDES,CLAUDIO
02/27/2019 03:45PM SUPV STANDARDS CONFERENCE  REVIEWED CONDITI
CONTACT ADDRESS: MANHATTAN 2 AREA OFFICE
CASE DISCUSSED WITH PO ANTOINE. THERE HAS BEEN NO PROBLEMS OR CHANGES REPORTED
P. ATTENDING ANGER MANAGMENT PROGRAM AT HARLEM RE-ENTRY.
SPO REVIEW: 02/27/2019
--------------------------------------------------------------------------------
```

```
CMSCHRON* * *          NEW YORK STATE - DOCCS        * * *      DATE: 04/10/2019
                       COMMUNITY SUPERVISION                    PAGE:    3
                       PAROLEE CHRONO REPORT
                  FROM 01/07/2019 THRU 03/08/2019

  NAME: WHITE,LARRY                              AREA: BROOKLYN III
 NYSID: 01472859N                           SPO NAME: LUCAS,LACHONDA
   DIN: 10A4609                               PO NAME: DANDRIDGE,SHANAVIA


 DATE      TIME   TYPE                    ACTIVITY        LOCATION

 ENTERED BY: ANTOINE,SIMONE A
 AREA: MANHATTAN II ` SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
 02/21/2019 05:50AM HOME VISIT W/PAROLEE         CURFEW
 CONTACT ADDRESS: 2451 8TH AVE#4B,NEW YORK,10026
 PO AND PO ESTEVES MADE CONTACT WITH P AT HIS APPROVED RESIDENCE DURING CURFEW H
 OURS. NO ISSUES REPORTED.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
 ENTERED BY: ANTOINE,SIMONE A
 AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
 02/20/2019 11:00AM OFFICE REPORT W/PAROLEE       REVIEWED CONDITI
                                                  CURFEW DISCUSSED
 P MADE HIS OFFICE REPORT. P CONTINUES TO RESIDE AT HIS APPROVED RESIDENCE WITH
 HIS COUSIN. P DENIES HAVING LE CONTACT OR DRUG/ALCOHOL USAGE. P VERIFIED PH# 91
 7-667-6539. P REPORTED THAT HE CONTINUES TO ATTEND THINKING FOR CHANGE ON THURS
 DAYS. NRD 3/20/19 @ 11AM.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
 ENTERED BY: ANTOINE,SIMONE A
 AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
 01/30/2019 12:55PM OFFICE REPORT W/PAROLEE       REVIEWED CONDITI
                                                  CURFEW DISCUSSED
 P MADE HIS OFFICE REPORT. P CONTINUES TO RESIDE AT HIS APPROVED RESIDENCE WITH
 HIS COUSIN. P DENIES HAVING LE CONTACT OR DRUG/ALCOHOL USAGE. P VERIFIED PH# 91
 7-667-6539. P REPORTED THAT HE CONTINUES TO ATTEND THINKING FOR CHANGE ON THURS
 DAYS. NRD 2/20/19 11:00AM. P VERIFIED PH# 917-667-6539. P REPORTED THAT HE IS P
 LANNING TO FILL OUT A JOB APPLICATION AT THE MOUNT SINAI HOSPITAL FOR A MAINTEN
 ANCE POSITION ON 2/22/19. NRD 3/20/19 @ 10AM.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
 ENTERED BY: ANTOINE,SIMONE A
 AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
 01/29/2019 06:15AM HOME VISIT W/PAROLEE         CURFEW
 CONTACT ADDRESS: 2451 8TH AVE#4B,NEW YORK,10026
 PO AND PO REID MADE CONTACT WITH P AT HIS APPROVED RESIDENCE. NO ISSUES REPORTE
 D.
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
```

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *      DATE: 04/10/2019
                      COMMUNITY SUPERVISION                    PAGE:     4
                      PAROLEE CHRONO REPORT
                  FROM 01/07/2019 THRU 03/08/2019

  NAME: WHITE,LARRY                              AREA: BROOKLYN III
  NYSID: 01472859N                           SPO NAME: LUCAS,LACHONDA
   DIN: 10A4609                                PO NAME: DANDRIDGE,SHANAVIA


DATE      TIME    TYPE                          ACTIVITY        LOCATION

ENTERED BY: ANTOINE,SIMONE A
  AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
01/23/2019 11:15AM OFFICE REPORT W/PAROLEE    REVIEWED CONDITI
                                              CURFEW DISCUSSED
                                              PHOTO TAKEN
                                              URINE/DRUG NEGATIVE
 P MADE HIS OFFICE REPORT. P REPORTED THAT HE CONTINUES TO RESIDE AT HIS APPROVE
 D RESIDE WITH HIS COUSIN. P DENIES HAVING LE CONTACT OR DRUG/ALCOHOL USAGE. P V
 ERIFIED PH# 917-667-6539. P REPORTED THAT HE CONTINUES TO ATTEND THINKING FOR C
 HANGE ON THURSDAYS. P REPORTED THAT HE IS CURRENTLY NOT WORKING AND IS ACTIVELY
 SEEKING EMPLOYMENT. P WAS GIVEN ORAL DRUG TEST THAT WAS NEGATIVE FOR ALL SUBSTA
 NCES. NRD 2/6/19 11AM.
 SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: KAM,THOMAS
  AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
01/18/2019 02:50PM OTHER WORK
 DETECTIVE VIAR FROM THE BROOKLYN JAWS UNIT REQUESTING NYSDOCCS INFORMATION ON
 THE ABOVE NAMED SUBJECT. INFORMATION REQUESTED BY DETECTIVE VIAR SENT OVER TO
 HIM VIA EMAIL.
 SPO REVIEW: 01/18/2019
-------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
  AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
01/16/2019 10:30AM OFFICE REPORT W/PAROLEE    VOTER REGISTRATI
 P MADE HIS OFFICE REPORT. P REPORTED THAT HE CONTINUES TO RESIDE WITH HIS COUSI
 N AT 2451 8TH AVE, APT# 4B, NY,NY. P DENIES HAVING LE CONTACT OR DRUG/ALCOHOL U
 SAGE. P WAS GIVEN VOTER'S REGISTRATION PAPERWORK. P WAS INFORMED THAT HE WILL B
 E PLACED ON WEEKLY OFFICE REPORT SINCE PO IS UNABLE TO HAVE CONTACT WITH HIM IN
 HIS HOME. P WAS ALSO GIVEN WRITTEN AND VERBAL SPECIAL CONDITION TO NOT TRAVEL T
 O THE BRONX AREA. P WAS INFORMED OF THE PAROLE FRIENDS AND FAMILY OPEN HOUSE ON
 1/29/19. P STATED THAT HE IS NOT INTERESTED. NRD 1/23/19 @ 10AM.
 SPO REVIEW: 01/18/2019
-------------------------------------------------------------------------------
ENTERED BY: DICKERSON,THOMAS W
  AREA: RIKERS/DDOI     SPO NAME: DOUGLAS,ANTOINETTE  PO NAME: ROBERSON,MARGIE
01/11/2019 12:03PM PAROLE VIOLATION UNIT     PVU-CERT. OF DIS   COURT
 WARRANT #0788927. CERTIFICATE OF DISPOSITION PRODUCED FOR RI JUDICIAL CT
 SPO REVIEW: NONE
-------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
  AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
01/09/2019 01:05PM TELEPHONE TO PAROLEE
 PO CONTACTED P TO CORRECT HIS NRD TO 1/16/19.
 SPO REVIEW: 01/18/2019
-------------------------------------------------------------------------------
```

```
CMSCHRON* * *          NEW YORK STATE - DOCCS      * * *      DATE: 04/10/2019
                        COMMUNITY SUPERVISION                  PAGE:     5
                        PAROLEE CHRONO REPORT
                    FROM 01/07/2019 THRU 03/08/2019

   NAME: WHITE,LARRY                          AREA: BROOKLYN III
   NYSID: 01472859N                       SPO NAME: LUCAS,LACHONDA
   DIN: 10A4609                            PO NAME: DANDRIDGE,SHANAVIA


  DATE _____ TIME ___ TYPE _____ ACTIVITY _____ LOCATION _____
```

ENTERED BY: PAREDES,CLAUDIO W
AREA: MANHATTAN II   SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
REPORT TAKEN BY: PAREDES,CLAUDIO
01/09/2019 10:47AM SUPV STANDARDS CONFERENCE  REVIEWED CONDITI
CONTACT ADDRESS: MANHATTAN 2 AREA OFFICE.
CASE DISCUSSED WITH PO ANTOINE. PO RECENTLY RECEIVED A PHONE CALL FROM A DETECT
IVE FROM THE BRONX. P. IS HANGING OUT IN THE BRONX AND MAY BE INVOLVED IN CRIMI
NAL ACTIVITIES. PO INSTRUCTED TO GIVE BRONX RESTRICTION TO SUBJECT.
SPO REVIEW: 01/18/2019
--------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II   SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
01/09/2019 10:20AM SPO-A/S CASE CONFERENCE
CASE CONFERENCE WITH SPO PAREDES IN REGARDS TO THE DETECTIVE FROM THE NYPD ROBB
ERY SQUAD IN THE BRONX INVESTIGATING A FEW ROBBERIES IN THE AREA AND P'S DESCRI
PTION WAS MENTIONED SEVERAL TIME DATING BACK TO JULY 2018. PO WAS INFORMED TO C
HANGE P TO WEEK REPORTING AND GIVE P GEOGRAPHIC RESTRICTIONS TO STAY AWAY FROM
THE BRONX AREA UNTIL FURTHER NOTICE.
SPO REVIEW: 01/18/2019
--------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II   SPO NAME: PAREDES,CLAUDIO    PO NAME: ANTOINE,SIMONE
01/08/2019 01:50PM TELEPHONE FROM OTHER      LAW ENFORCEMENT
PO RECEIVED A PHONE CALL FROM DET. KENNETH AYALA, NYPD ROBBERY SQUAD IN THE BRO
NX, PH# 917-349-9601. DET AYALA REPORTED THAT HE IS INVESTIGATING A FEW ROBBERI
ES IN THE BRONX AREA AND IS SEEKING INFORMATING REGARDING P SINCE HE IS ON PARO
LE. DET. AYALA STATED THAT P IS NOT WANTED AT THIS TIME BUT HIS DESCRIPTION HAS
BEEN COMING UP REGARDING DIFFERENT ROBBERIES SINCE 7/2018. DET. AYALA REPORTED
THAT HE WILL CONTINUE WITH HIS INVESTIGATION AND ASKED IF PO CAN IDENTIFY P IS
A VIDEO IS SHOWN.
SPO REVIEW: 01/18/2019
--------------------------------------------------------------------------------


                        * * * END OF REPORT * * *

```
CMSCHRON* * *          NEW YORK STATE - DOCCS          * * *        DATE: 04/10/2019
                       COMMUNITY SUPERVISION                        PAGE:     1
                       PAROLEE CHRONO REPORT
                  FROM 01/07/2019 THRU 03/08/2019

 NAME: WHITE,LARRY                                    AREA: BROOKLYN III
 NYSID: 01472859N                                 SPO NAME: LUCAS,LACHONDA
  DIN: 10A4609                                      PO NAME: DANDRIDGE,SHANAVIA


DATE        TIME    TYPE                          ACTIVITY          LOCATION
```

ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO     PO NAME: ANTOINE,SIMONE
03/07/2019 05:40PM TELEPHONE FROM OTHER      LAW ENFORCEMENT
PO RECEIVED A PHONE CALL FROM DET GRZELAK PH# ~~███████~~ F/U REGARDING THE
TEXT THAT WAS SENT TO HIM. DET GRZELAK REPORTED THAT PO CAN MEET WITH HIM TOMOR
ROW, 3/8/19 AT 1PM AT HIS OFFICE LOCATED AT 601 WEST 26TH STREET, 3RD FL TO VIE
W THE SURVEILLANCE VIDEO AND AUDIO TAPPING REGARDING P.
SPO REVIEW: 03/18/2019
------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO     PO NAME: ANTOINE,SIMONE
03/07/2019 04:34PM LETTER TO OTHER
PO TEXTED DET GRZELAK PH# ~~███████~~ TO INFORM HIM THAT IS IT IMPERATIVE THAT
PO MEET WITH HIM TODAY OR TOMORROW, 3/8/19 BEFORE 12NOON TO VIEW THE SURVEILLAN
CE VIDEO AND LISTEN TO THE AUDIO TAPES REGARDING P. THE TEXT ALSO STATES THAT T
HE WARRANT WILL BE LIFTED IF PO IS UNABLE TO MEET TO VERIFY P IN THE VIDEO.
SPO REVIEW: 03/18/2019
------------------------------------------------------------------------------
ENTERED BY: GONZALEZ,CARMEN
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO     PO NAME: ANTOINE,SIMONE
03/07/2019 03:18PM COMMAND CTR CALL FROM 24/  FIELD ALERT!
                                             LAW ENFORCEMENT
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO     PO NAME: ANTOINE,SIMONE
03/07/2019 01:12PM TELEPHONE FROM OTHER      LAW ENFORCEMENT
DET GRZELAK CONFIRMED THAT HE RECEIVED FAXED WARRANT. DET GRZELAK REPORTED THAT
HE WILL EMAIL COMPLAINT REPORT AND OTHER INFO HE HAS RELATING TO P'S CASE. DET
GRZELAK ALSO MENTIONED THAT HE IS AVAILABLE FOR ANY PAROLE HEARING OR TO ANSWER
ANY QUESTIONS THAT MAY ARISE REGARDING P.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: ANTOINE,SIMONE A
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO     PO NAME: ANTOINE,SIMONE
03/07/2019 01:10PM LETTER TO OTHER
WARRANT FAXED TO DET JAMES GRZELAK FAX# 718-590-5557.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: MEDINA,MIGUEL
AREA: MANHATTAN II    SPO NAME: PAREDES,CLAUDIO     PO NAME: ANTOINE,SIMONE
03/07/2019 12:31PM OTHER WORK                WARRANT ISSUED    AREA OFFICE
NEW ARREST WARRANT 0810167 ISSUED ON 03/07/2019
SPO REVIEW: NONE
------------------------------------------------------------------------------

New York State -. DOCCS
Community Supervision
SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION

Page:                    2
NYSID: 01472859N
Name: WHITE,LARRY                        Supervision Maximum: 08/13/2021
Date of Release: 05/04/2017

I hereby certify that I have read and understand the above Special Conditions
of my release and that I have received a copy of these Special Conditions.

Signed this __16__ day of __Jan__, __2019__.

Releasee: ___LW Larry White___  Witness: ___PO Antoine #334___

1) copy to Releasee     2) copy to Area Office        3) copy to Central Office

FORM 3020A  (09/2008)                              Print Date: 01/16/2019