```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :    19-CR-277 (JSR)
                         Plaintiff,      :
                                         :    ORDER
        - against -                      :
                                         :
LARRY WHITE,                             :
                                         :
                         Defendant.      :
---------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 10/1/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter dated September 30, 2020, counsel appointed to represent a potential witness requested to be relieved of counsel and for appointment of new counsel. Accordingly, counsel and the potential witness shall appear for a conference before the duty Magistrate Judge to address appointment of new counsel. By **October 5, 2020**, counsel for the potential witness shall contact Arraignment/Docketing at **212-805-4051** to schedule the conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2020
       New York, New York

Copies transmitted this date to all counsel of record.