```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :   19-cr-277 (JSR)
        -v-                          :
                                     :   ORDER
LARRY WHITE,                         :
                                     :
        Defendant.                   :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is Larry White's application to delay his sentencing, presently set for January 28, 2021 at 4 p.m., because, among other reasons, COVID-19 has made it difficult to arrange meetings with counsel and White's counsel would like to further investigate issues that may bear upon sentencing. White also notes that he would like to be sentenced in person.

The application is granted, and the sentencing is adjourned to Wednesday, April 28, 2021 at 4 p.m.  If White or his counsel has any difficulty in any respect while preparing for sentencing, including in arranging attorney-client meetings or obtaining medical records, then White's counsel must contact the Court to seek assistance well in advance of April 28.  There will be no further adjournments.

    SO ORDERED.

Dated:  New York, NY
        January 21, 2021

_____
United States District Judge