```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    19-cr-277 (JSR)
        -v-                         :
                                    :    ORDER
LARRY WHITE,                        :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is Larry White's motion to proceed *in forma pauperis* on appeal. See ECF No. 74. After reviewing the motion and attached financial affidavit, the Court hereby grants the motion and directs that counsel be appointed for Mr. White on appeal. The Clerk is directed to close the entry at docket number 74.

SO ORDERED.

Dated:   New York, NY
         November 16, 2021

_____
JED S. RAKOFF, U.S.D.J.

1