UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>-v-<br><br>LARRY WHITE,<br><br>        Defendant. | 19-cr-277 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant Larry White has moved for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on the retroactively applicable Amendment 821 to the Federal Sentencing Guidelines. ECF No. 77. In particular, White argues that, because of Amendment 821, he now has one fewer criminal history point. Id. at 2. However, regardless of how many criminal history points White has, his criminal history category must be Category VI because he "is a career offender." U.S.S.G. § 4B1.1(a)-(b); see ECF No. 64 (presentence investigation report). Accordingly, White's Guidelines range is unchanged by Amendment 821. The Court thus lacks the authority to reduce White's sentence and hereby denies the motion.

SO ORDERED.

New York, NY
June 27, 2024

JED S. RAKOFF, U.S.D.J.

1