UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LARRY WHITE,

Defendant.

19-cr-277 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Pending before the Court is defendant Larry White's motion to vacate his sentence under 28 U.S.C. § 2255. See ECF No. 79.

On September 4, 2024, the Government requested that the Court order White to execute and return an attorney-client privilege waiver and filed a proposed waiver form. See ECF No. 81. The Government subsequently filed an amended proposed waiver form on September 10, 2024. See ECF No. 82. The following day, on September 11, 2024, the Court ordered White to execute and return the amended waiver form within 30 days or else the Court would deny his motion. See ECF No. 83. On September 18, 2024, White signed the initial proposed waiver form of September 4, which the Court received on September 27, 2024. See ECF No. 84.

On September 29, 2024, White wrote to the Court that he had not yet received the amended waiver form referenced in the Court's order of September 11, see ECF No. 85, and moved to extend the deadline to execute and return the form by an additional 30 days,

1

see ECF No. 86. However, by October 1, 2024, White had received and signed the amended waiver form. See ECF No. 87. White therefore signed the amended waiver form within the Court's 30-day deadline.

In light of the events described above, White's motion to extend the deadline to execute and return the form is denied as moot. The Government shall file its opposition to White's motion to vacate his sentence by December 7, 2024. White may then file a reply by January 6, 2025.

Finally, on October 8, 2024, White wrote to the Court about an incident in which a corrections officer allegedly threw away his legal documents and slapped him in the face when he tried to intervene. See ECF No. 88. White also stated that he is unable to access the law library or copy or print legal materials at his facility. The Government is hereby ordered to investigate these claims and provide an update to the Court no later than November 13, 2024.

The Clerk of Court is respectfully directed to close ECF Nos. 81 and 82.

SO ORDERED.

New York, NY
10/23, 2024

_____
JED S. RAKOFF, U.S.D.J.