```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY WHITE,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

24-cv-05590 (JSR) (KHP)

19-CR-0277 (JSR)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On July 16, 2024, Larry White filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255(the "Motion"). (ECF No. 1.) On July 31, 2024, the Court ordered the government to answer the Motion. (ECF No. 5.) The government filed its opposition to the Motion on the docket of Mr. White's criminal case, but not in the civil habeas case. Accordingly, the government is directed to file its opposition on the docket in case no. 24-cv-05590 by **Monday, January 6, 2025**.

The Clerk of Court is respectfully directed to docket this Order in both cases.

**SO ORDERED.**

Dated: January 2, 2025
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge