USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY WHITE,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

24-cv-05590 (JSR) (KHP)

19-CR-0277 (JSR)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court has received Petitioner's supplemental letters and filings in support of his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. At this time, the Court has received all the necessary filings to make a recommendation on the motion and no further supplemental filings are necessary.

**The Clerk of Court is respectfully directed to mail this Order to Petitioner.**

**SO ORDERED.**

Dated: February 18, 2025
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge