```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :
     v.                               :    19-cr-277-01 (JSR)
                                      :
LARRY WHITE,                          :
                                      :
               Defendant.             :         ORDER
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The representation of defendant Larry White in the above-captioned matter is assigned to the C.J.A. Attorney on duty April 22, 2025, Evan Lipton, for the purpose of litigating, if deemed appropriate, the pro se motion postmarked April 10, 2025, see ECF No. 98. Counsel for the Government and Mr. White should jointly call chambers no later than April 28, 2025 for a status conference.

SO ORDERED.

Dated:   New York, NY

         April 22, 2025                    _____
                                           JED S. RAKOFF, U.S.D.J.