**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------x
                                     :
UNITED STATES OF AMERICA             :
                                     :
         -against-                   :                    ORDER
                                     :
                                     :
                                     :               19-cr-277
                                     :               _____
Larry White                          :               Docket #
-------------------------------------x
```

Jed S. Rakoff
_____, **DISTRICT JUDGE**:
        Judge's Name

The C.J.A. attorney assigned to receive cases on ~~this day~~,
April 22, 2025
_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC April 22, 2025 .
                      _____

**SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:  New York, New York**
        4/24/25